EXHIBIT "A"

All of that certain parcel of land situate at Waialae-nui, Honolulu, City and County of Honolulu, State of Hawaii, described as follows:

LOT 2, area 0.346 acre, more or less, as shown on Map 2, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii (herein called the "Office") with Land Court Application No. 828 of the Trustees under the Will and of the Estate of Bernice Pauahi Bishop, deceased.

Being the premises acquired by Warranty Deed dated December 31, 2018, granted to PRECIOUS LAND INC, a Japan corporation, filed in said Office as Land Court Document No. T-10608020, and being land(s) described in TRANSFER CERTIFICATE OF TITLE NO. 1,170,154.

SUBJECT HOWEVER, to the following:

1.    Mineral and water rights of any nature.

2.    SETBACK (8 feet wide), for future road widening purposes, contained in DEED dated November 6, 1989, filed in said Office as Land Court Document No. 1687556, described in Land Court Document No. 397904, filed in said Office.

3.    SETBACK (25 feet wide), for building purposes, contained in DEED dated November 6, 1989, filed in said Office as Land Court Document No. 1687556, described in Land Court Document No. 397904, filed in said Office.

4.    The terms and provisions contained in the DECLARATION OF PROTECTIVE PROVISIONS dated February 5, 1982, filed in said Office as Land Court Document No. 1103430, and recorded in the Bureau of Conveyance of the State of Hawaii (herein called the "Bureau") in Liber 16149, Page 332.

5.    The terms and provisions contained in the ENCROACHMENT AGREEMENT dated March 1, 1995, filed in said Office as Land Court Document No. 2223936, by and between HIRO PACIFIC CORPORATION, a Hawaii corporation, "Hiro Pacific", and YOUNG KI PAIK, Trustee under that certain unrecorded Trust Agreement known as the Young Ki Paik Revocable Trust dated June 17, 1980, "Paik".

9

001299

6.    The terms and provisions contained in the DECLARATION OF RESTRICTIVE COVENANTS dated September 14, 1999, recorded in said Bureau as Document No. 2000-097828.

(Not noted on Transfer Certificate(s) of Title referred to herein)

7.    Utility box as referenced on the survey map prepared by Wesley T. Tengan, Land Surveyor, dated December 31, 2018, revised January 7, 2019.

8.    Structure position discrepancies as referenced on the survey map prepared by Wesley T. Tengan, Land Surveyor, dated December 31, 2018, revised January 7, 2019.

9.    Encroachment(s) as referenced on the survey map prepared by Wesley T. Tengan, Land Surveyor, dated December 31, 2018, revised January 7, 2019.

TOGETHER, ALSO, WITH all built-in furniture, attached existing, fixtures, built-in appliances, electrical, gas and plumbing fixtures/systems, attached carpeting, air conditioner-central, cable TV outlet, dishwasher, disposal, dryer, existing window coverings, microwave, pool equipment (all), range hood, range w/oven, refrigerator, security alarm system, smoke detectors, sprinklers-exterior, washer, water heater, auto garage door opener, chandelier, gas grill, all of said personal property being situate in or used in connection with the above described real property.

10

001300